960 A.2d 834

**GTECH CORPORATION**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE, and Scientific Games International, Inc.**

**Petition of Scientific Games International, Inc.**

Supreme Court of Pennsylvania.

Nov. 7, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of November, 2008, the Emergency Application for Extraordinary Relief Under King's Bench Jurisdiction is DENIED.